**STATE of Iowa, Appellee,**

v.

**Rick STOLTENBERG, Appellant.**

**No. 55437.**

Supreme Court of Iowa.

May 22, 1974.

Thomas M. Kelly, Jr., Davenport, for appellant.

Richard C. Turner, Atty. Gen., Raymond W. Sullins, Asst. Atty. Gen., Edward N. Wehr, County Atty., for appellee.

Submitted to MOORE, C. J., and MASON, RAWLINGS, REYNOLDSON and HARRIS, JJ.

PER CURIAM:

Defendant has appealed from conviction and $50 fine for using blasphemous language in a public place.

By agreement of counsel this appeal has been submitted on the clerk's transcript of the proceedings below. We find no reversible error.

Affirmed. See rule 348.1, Rules of Civil Procedure.